```
 1  SAMUEL J. STEINER
    U.S. Bankruptcy Judge
 2  315 Park Place Building
    1200 Sixth Avenue
 3  Seattle, WA  98101

 4  (206) 553-1628

 5

 6              IN THE UNITED STATES BANKRUPTCY COURT FOR THE
                   WESTERN DISTRICT OF WASHINGTON, AT SEATTLE
 7

 8  In re                              )   BANKRUPTCY NO. 07-13059-SJS
                                       )
 9  MILA, INC.,                        )
    d/b/a Mortgage Investment Lending  )
10  Associates,                        )   ADVERSARY NO. 08-01211-SJS
                    Debtor.            )
11                                     )
    GEOFFREY GROSHONG, chapter 11      )
12  trustee for MILA, INC.,            )
                                       )
13                  Plaintiff,         )
         vs.                           )
14                                     )
    LAYNE E. SAPP and the marital      )
15  community composed of Layne E.     )
    Sapp and Cari Sapp; NEXT ONLINE    )
16  MORTGAGE TECHNOLOGIES, INC., a     )
    Washington corporation; LIMA       )
17  SIERRA LLC, a Washington limited   )
    liability company; DESTINY         )
18  LEASING LLC, a Washington limited  )
    company; CRS FINANCIAL, LLC., a    )
19  Washington limited liability       )
    company; CRS FINANCIAL II, LLC, a  )
20  Washington limited liability       )
    company; and CRS FINANCIAL III,    )
21  LLC, a Washington limited          )   MOTION TO WITHDRAW
    liability company;                 )   REFERENCE
22                                     )
                    Defendants         )
23

24

25       Comes now the undersigned Bankruptcy Judge of the above

26  entitled Court and moves that the District Court withdraw the




    MOTION TO WITHDRAW REFERENCE - 1
```

1 | reference of this proceeding for the purpose of conducting a jury
2 | trial, which the plaintiff has demanded.
3 |     Under current law, a Bankruptcy Court can try a jury case with
4 | the approval of the District Court and with the consent of the
5 | parties. The parties have not consented.
6 |     The undersigned has pretried this matter, and it is now ready
7 | for trial. Pursuant to Local Bankruptcy Rule 9015-1(c)(2) a
8 | proposed pretrial order has been lodged and is attached.
9 |     For your information, there was a mediation conducted by Judge
10 | Rothstein which was not productive. It is my understanding that a
11 | second mediation is in the works to be conducted by Judge Newsome
12 | who is a Bankruptcy Judge in the Northern District of California.
13 |     DATED at Seattle, Washington, this <u>8th</u> day of March, 2010.

*/s/ Samuel J. Steiner*

SAMUEL J. STEINER
United States Bankruptcy Judge